IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DENISE WILLIAMS, Widow and Next
of Kin of EARL WILLIAMS, Decedent,

      Plaintiff,

vs.                                                              No. 05-2493 Ma V

SHELBY COUNTY, SHELBY COUNTY
SHERIFF'S DEPARTMENT, MARK
LUTTRELL, SHERIFF, CLAY AITKEN,
DEPUTY, AND JOHN AND JANE DOES

      Defendants.

## CONSENT ORDER ALLOWING EXTENSION OF TIME

It appearing to the Court by consent of the parties, the Defendants Shelby County, Shelby County Sheriff's Department, Sheriff Mark Luttrell, and Deputy Clay Aitken are allowed until September 23, 2005 to file responsive pleadings to the Complaint.

_Diane K. Vescovo_
~~Judge Samuel H. Mays, Jr.~~ U.S. Magistrate Judge

Date: August 8, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-9-05

APPROVED:

*[signature]* by ECH w/ permission  8/3/05
Louis P. Chiozza, Jr., Attorney for Plaintiff

*[signature]* by ECH w/ permission  8/3/05
Kathleen Ball, Attorney for Plaintiff

*[signature]* by ECH
Debra Fessenden, Attorney for Defendants
Shelby County, Shelby County Sheriff's
Department, Sheriff Mark Luttrell, and
Deputy Clay Aitken

*[signature]*
Eugene C. Gaerig, Attorney for Defendants
Shelby County, Shelby County Sheriff's
Department, Sheriff Mark Luttrell, and
Deputy Clay Aitken

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02493 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

Honorable Samuel Mays
US DISTRICT COURT