IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 PM 4: 16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

DENISE WILLIAMS,

    Plaintiff,

V.                        NO. 05-2493-MaV

SHELBY COUNTY, ET AL.,

    Defendants.

ORDER GRANTING PERMISSION TO FILE SUPPLEMENTAL RESPONSE

Before the court is plaintiff's November 22, 2005, motion to supplement her response to defendants' motion to dismiss filed on October 24, 2005, by including the Affidavit of Anthony Scott. For good cause shown, the motion is granted. Plaintiff may file the Supplemented Response and the Affidavit of Anthony Scott in the form attached to the motion for leave to file supplemental response.

It is so ORDERED this 1st day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-7-05

18

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02493 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT