IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DENISE WILLIAMS, widow and next of kin
of EARL WILLIAMS, decedent,

    Plaintiff,

VS.

    NO. 05-2493 Ma/V
    <u>JURY DEMANDED</u>

SHELBY COUNTY, SHELBY COUNTY
SHERIFF'S DEPARTMENT,
MARK LUTTRELL, Sheriff, CLAY AITKEN,
Deputy Sheriff, and JOHN and JANE DOES,

    Defendants.

## [PROPOSED] RULE 16 (b) SCHEDULING ORDER

Pursuant to the written instructions of the Court, counsel for the parties hereto have agreed that the following dates shall govern this cause subject to approval by the Court:

| | |
|---|---|
| INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1): | January 10, 2006 |
| JOINING PARTIES: | February 20, 2006 |
| AMENDING PLEADINGS: | February 20, 2006 |
| COMPLETING ALL DISCOVERY: | August 31, 2006 |
|    (a) DOCUMENT PRODUCTION: | August 31, 2006 |
|    (b) DEPOSITIONS, INTERROGATORIES AND REQUEST FOR ADMISSIONS | August 31, 2006 |
|    (c) EXPERT WITNESS DISCLOSURE (Rule 26): | |
|       (1) DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION: | June 19, 2006 |



  (2)  DISCLOSURE OF DEFENDANT'S
      RULE 26 EXPERT INFORMATION:  July 19, 2006

FILING DISPOSITIVE MOTIONS:  October 2, 2006

OTHER RELEVANT MATTERS:

  No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

  Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

  This case is set for **jury trial** and the trial is expected to last 3 to 4 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

  It is too soon to determine if the case is appropriate for ADR. Following a ruling on the dispositive motions, the parties will advise the Court as to their decision regarding ADR.

  The parties are reminded that pursuant to Local Rule 11 (a)(1)(A), all motions, except motions pursuant to Fed. R. CIF. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

  The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

  The parties do not agree to have the trial before the magistrate judge.

  This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

                _Diane K. Vescovo_
                DIANE K. VESCOVO
                United States Magistrate Judge

                DATE: December 13, 2005

APPROVED:

_____
LOUIS P. CHIOZZA, JR.   #008871
Attorney for Plaintiff
230 Adams Avenue
Memphis, Tennessee 38103
901.526.9494


*Kathleen Ball by DLFessenden with permission*
KATHLEEN BALL   #018722
Attorney for Plaintiff
3173 Poplar Avenue
Memphis, Tennessee 38111
901.521.0550


_____
DEBRA L. FESSENDEN   #11818
Assistant County Attorney
    Attorney for Shelby County, Shelby County
    Sheriff's Department, Luttrell, and Aitken
160 N. Main, Suite 660
Memphis, Tennessee 38103
901.545.2139


*Eugene C. Gaerig by DLF*
EUGENE C. GAERIG   #008232
Assistant County Attorney
    Attorney for Shelby County, Shelby County
    Sheriff's Department, Luttrell, and Aitken
100 North Main Street, Suite 3118
Memphis, Tennessee 38103
901.526.6000

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CV-02493 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Kathleen Ball
BALL LAW FIRM
3173 Poplar Avenue
Memphis, TN 38111

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Louis P. Chiozza
CHIOZZA & ASSOCIATES
230 Adams Ave.
Memphis, TN 38103

Eugene C. Gaerig
LAW OFFICES OF EUGENE C. GAERIG
100 N. Main Street
Ste. 3118
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT